UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT PIKEVILLE
CRIMINAL MINUTES – TRIAL – DAY ONE

Case No. 7:20-cr-23-REW-HAI-1      At Pikeville      Date November 1, 2021

Case Style: United States of America v. Eugene Sisco, III

DOCKET ENTRY: The parties appeared for Jury Trial as noted. Voir dire concluded. The Court heard motions for cause strikes and the Clerk randomly drew 32 potential jurors from the remaining members of the venire. The parties simultaneously exercised peremptory challenges. The Court impaneled the jury. The Court invoked Rule 615 regarding witness separation. Counsel made opening statements. The Court heard testimony of three witnesses.

PRESENT: HON. ROBERT E. WIER, U.S. DISTRICT JUDGE

| Kimberly Marsh | Kimberley Keene | Paul McCaffrey |
|---|---|---|
| Deputy Clerk | Court Reporter | Assistant U.S. Attorney |

| Eugene Sisco, III | Stephen W. Owens | _X_ Present | _X_ Retained |
|---|---|---|---|
| Defendant | Attorney for Defendant | | |

_X_  JURY TRIAL. The Jury impaneled and sworn as follows:

| Juror No. | 588 | Juror No. | 521 | Juror No. | 585 |
| Juror No. | 599 | Juror No. | 434 | Juror No. | 456 |
| Juror No. | 519 | Juror No. | 594 | | |
| Juror No. | 572 | Juror No. | 426 | | |
| Juror No. | 477 | Juror No. | 586 | | |
| Juror No. | 525 | Juror No. | 518 | | |

_X_  Introduction of Evidence for Plaintiff    _x_ begun    ___ resumed    ___ concluded
___  Introduction of Evidence for Defendant    ___ begun    ___ resumed    ___ concluded
___  Rebuttal evidence.              ___ Surrebuttal evidence.
_X_  Case continued to November 2, 2021 at the hour of 8:30 a.m. for further trial. Jurors shall report to the jury assembly room by 8:15 a.m.
___  Motion for Judgment of Acquittal    ___ granted    ___ denied    ___ submitted
___  Jury retires to deliberate at _____ Jury returns at _____
___  JURY VERDICT. _____    FINDING BY COURT
___  Jury polled.    ___ Polling waived.    ___ Mistrial declared.
___  Copy of presentence report not requested.    ___ Court received Presentence Report.
___  Court orders Presentence Report, with copies to be furnished to counsel and defendant, pursuant to Rule 32, F.R.Cr.P.
_X_  Defendant to remain on bond, and on conditions of release.
___  Defendant remanded to custody.

Copies: COR, USP, USM, D, JC

Initials of Deputy Clerk  km
TIC:   7/00