UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT PIKEVILLE
CRIMINAL MINUTES – TRIAL – DAY SIX

Case No. 7:20-cr-23-REW-HAI-1     At Pikeville     Date November 8, 2021

Case Style: United States of America v. Eugene Sisco III

DOCKET ENTRY: The parties appeared as noted for day six of jury trial. Outside the presence of the jury, the Court confirmed that the parties had received a copy of the redacted indictment to be provided to the jury during deliberation and reviewed changes made to the jury instructions. The Court and jury heard closing arguments from each party. The Court charged the jurors and then conditionally excused Jurors 456 and 585 after the Clerk identified them as alternates.

The verdict form containing any name of any of the jurors shall be **REDACTED**. The Court directs the Clerk to file in the record the redacted verdict form, the final jury instructions, and a copy of the redacted indictment, as provided to the jury during deliberations. Unredacted copies shall be filed as **SEALED** attachments.

The jury returned a unanimous **GUILTY** verdict as to the defendant. The Court, based on the jury's verdict, found the defendant **GUILTY** of Counts 1 and 2 as contained in the indictment. DE 1.

The Court **SCHEDULED** sentencing for Defendant Sisco on Tuesday, March 8, 2022 at 11:00 a.m. in Pikeville. The Court will issue a separate sentencing order.

The Court set a briefing schedule regarding forfeiture. The Government **SHALL** file its motion within three weeks. The Defendant **SHALL** have three weeks from the date of the Government's filing in which to file a response. The Government **SHALL** then have one week to file a reply. The parties shall address the need for a hearing.

PRESENT: HON. ROBERT E. WIER, U.S. DISTRICT JUDGE

| Kimberly Marsh | Kimberley Keene | Paul McCaffrey |
|---|---|---|
| Deputy Clerk | Court Reporter | Assistant U.S. Attorney |

| Eugene Sisco, III | Stephen W. Owens | X Present | X Retained |
|---|---|---|---|
| Defendant | Attorney for Defendant | | |

| X | JURY TRIAL. The Jury impaneled and sworn as follows: | | | | | |
|---|---|---|---|---|---|---|
| | Juror No. | 588 | Juror No. | 521 | Juror No. | 585 - Alternate |
| | Juror No. | 599 | Juror No. | 434 | Juror No. | 456 - Alternate |
| | Juror No. | 519 | Juror No. | 594 | | |
| | Juror No. | 572 | Juror No. | 426 | | |
| | Juror No. | 477 | Juror No. | 586 | | |
| | Juror No. | 525 | Juror No. | 518 | | |

|  | Introduction of Evidence for plaintiff | begun | resumed | concluded |
|---|---|---|---|---|
|  | Introduction of Evidence for defendant | begun | resumed | concluded |
|  | Rebuttal evidence. | Surrebuttal evidence. | | |
|  | Case continued to ____ at the hour of ___ for further trial. Jurors shall report to the jury assembly room by | | | |
|  | Renewed Motion for Judgment of Acquittal | granted | denied | submitted |
| X | Jury retires to deliberate at 11:29 a.m. | Jury returns at 1:59 p.m. | | |
| X | JURY VERDICT.   SEE SIGNED VERDICT. | | | FINDING BY COURT. |

|   | |
|---|---|
| ____ | Jury polled.     ____ Polling waived.     ____ Mistrial declared. |
| X | Case continued until Tuesday, **March 8, 2022** at **11:00 a.m.** in Pikeville, Kentucky for **Sentencing.** |
| ____ | Copy of presentence report not requested.     ____ Court received Presentence Report. |
| ____ | Court orders Presentence Report, with copies to be furnished to counsel and defendant, pursuant to Rule 32, F.R.Cr.P. |
| X | Defendant to remain on bond, and on conditions of release as imposed in the Order Setting Conditions of Release. (DE 20).  The Court went over and clarified all conditions after finding that Defendant warranted continued release under § 3143.  The Court tailored the conditions to the post-verdict, pre-sentencing status. |
| ____ | Defendant remanded to custody. |

Copies:  COR, USP, USM, D, JC

Initials of Deputy Clerk  km
TIC:  2/55