# JURY SEATING CHART

Eastern District of Kentucky
FILED
NOV 08 2021
AT PIKEVILLE
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

**BACK ROW**

| JUROR NO. | JUROR NO. | JUROR NO. | JUROR NO. | JUROR NO. | JUROR NO. | JUROR NO. |
|---|---|---|---|---|---|---|
| 521 | 525 | 477 | 572 | 519 | 599 | 588 |

**FRONT ROW**

| JUROR NO. | JUROR NO. | JUROR NO. | JUROR NO. | JUROR NO. | JUROR NO. | JUROR NO. |
|---|---|---|---|---|---|---|
| 456 | 585 | 518 | 586 | 426 | 594 | 434 |

**7:20-CR-23-REW-HAI-1**

**USA v EUGENE SISCO, III**