UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

CRIMINAL ACTION NO. 7:20-CR-00023-REW-HAI

UNITED STATES OF AMERICA                                                                PLAINTIFF

V.

**STATUS REPORT**

EUGENE SISCO, III                                                                                     DEFENDANT

\*\*\*\*\*\*\*\*\*\*\*\*\*

Pursuant to the Court's Order, DE 124, the United States files this status report regarding the progress of victim restitution mailings.

**Notice to All Potential Victims.** The government's position is that Medicaid beneficiaries who were charged cash for medication-assisted treatment (MAT) services at the Defendant's Medicaid-enrolled clinics, in direct violation of Kentucky law and as a result of material misrepresentations by the Defendant, are victims of the wire fraud scheme. The United States used certified Medicaid claims data, reflecting bills submitted by those clinics to the health benefit program for various MAT services, in order to identify the Medicaid patients who went to the clinics and presumably paid cash for services there during the relevant time period. As a result of that data analysis, the names and identifiers of some 1,557 individuals were inputted into the United States's Victim Notification

System (VNS) at the time of indictment.[1] In December 2021, as previously detailed, the United States sent the approved victim questionnaire to every individual in VNS for whom it had a mailing address or e-mail address – 1,456 in total.

**Victim Questionnaire Responses.** As of this filing, the United States has received approximately 230 victim responses to the questionnaire sent in December, and has been transmitting those on a rolling basis to the United States Probation Office. 76 were provided to Probation on January 12, 2022, another 80 were provided to Probation on January 25, 2022, and the United States anticipates sending approximately 80 more on January 31, 2022. As additional responses are received, the United States will continue to relay them to Probation.

**Victim Loss Identified on "Money Collected" Sheets.** On January 24, 2022, the United States also sent to Probation a spreadsheet identifying 912 patients of the Defendant's clinics, all of whom are confirmed Medicaid beneficiaries, along with the amounts paid by those individuals to the clinics on particular days.[2] The spreadsheet was derived from "money collected" sheets maintained by the clinics and seized by the government during execution of a search warrant. That supporting documentation, i.e., the money collected sheets, was also given to Probation. All of these 912 patients were in VNS and were sent the victim questionnaire to the extent an address was available for

---

[1] Approximately 1,700 were initially identified in the Medicaid claims data, however, a number of those individuals were deceased.

[2] The government's previous Notice stated that there were 1,308 patients identified in the "money collected" sheets. That is accurate, however, not all of the clinics' patients were Medicaid beneficiaries; the trial testimony included estimates that 75% of the clinics' patient population had insurance through Medicaid. Only Medicaid beneficiaries are considered to be victims of the Defendant's wire fraud scheme. The materials provided to Probation clearly identify the individuals confirmed to be Medicaid beneficiaries.

them. They are part of, and not in addition to, the 1,456 individuals to whom questionnaires were sent. Importantly, the money collected sheets in the government's possession do not provide a full accounting of victim losses – there were clinic locations not searched by the United States when it executed the search warrants in Prestonsburg, Harlan, and Pikeville, and the money collected sheets the government was able to seize do not cover each day of the relevant time period. The victim losses based on this evidence totals $1,862,203.

**Restitution Calculation Based on Medicaid Claims Data.** Finally, on January 31, 2022, the United States provided Probation with a spreadsheet detailing estimated losses to 1,791 unique Medicaid patients who received treatment at the Defendant's clinics. Again, this list includes all of the individuals to whom a victim questionnaire was sent in December 2021. The spreadsheet is derived from the certified Medicaid claims data, and for each patient identifies the number of months he or she received treatment from the Defendant's clinics during the May 2016 to October 2019 time period. The number of months is then multiplied by $200 – the lowest cash charge demanded by the clinics – to arrive at an estimate of each patient's loss. For example, if Medicaid patient John Doe received treatment for three months at ASAP, his estimated loss is $600; if Medicaid patient Jane Doe received treatment for twenty-four months at Renew, her estimated loss is $4,800. The victim losses based on this evidence totals $3,436,400.

To the extent the Court requires additional information or clarification about the process outlined above, the United States is prepared to do so.

Respectfully submitted,

CARLTON S. SHIER, IV
UNITED STATES ATTORNEY

By: <u>s/ Paul McCaffrey</u>
Assistant United States Attorney
260 W. Vine Street, Suite 300
Lexington, Kentucky 40507-1612
(859) 685-4820
paul.mccaffrey@usdoj.gov

## CERTIFICATE OF SERVICE

On January 31, 2022, I electronically filed this document through the CM/ECF system, which will send notice to counsel of record.

<u>/s/ Paul McCaffrey</u>
Assistant United States Attorney