

**Kandi Hall**
32 Little Adams Lane
Pikeville, KY 41501
6064013749
kandizadelphoto@outlook.com

MAR 0 8 2022

AT PIKEVILLE
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

Date: March 7, 2022

The Honorable Robert Wright

Your Honor,

My name is Kandi Hall, photographer of Kandi Zadel Photography, Pikeville, KY 41501. I have known Eugene Sisco III for almost 8 years. I have conducted several photo sessions for him and his immediate family. I have also conducted sessions for his sister-in-law's wedding. My time spent around Eugene and his family has been immense and has always been encouraging and family oriented. I am writing this letter to bring to light the kind of person I feel he is despite the allegations that have been made.

I have witnessed Eugene going through ups and downs in life and he has always come across as someone with good moral character and as someone who genuinely wanted to do something good for his community. He has always put his family first and even in the down moments of his life has found a way to find the positive side of things. When my own family had witnessed addiction within its walls, Eugene was helpful in recommending places for treatment for this family member. When my family lost a father and a sibling without warning he and his wife checked on my family to see if anything was needed. While I realize that one cannot know everything about a person... I do truly feel that Eugene has always had the best of intentions in life and I feel him to be an honest individual. Thus, if a mistake was made here on his part I feel that he is definitely be the type of person to learn from that and move on and make better decisions.

Eugene and his family have become more like friends than clients and I hope that if for nothing else that for his children's sake that some leniency is taken here on his behalf. I have witnessed the love between him and his children and they would be forever changed to lose time with him.

Sincerely,

Kandi R. Hall

Case: 7:20-cr-00023-REW-HAI   Doc #: 145   Filed: 03/08/22   Page: 2 of 2 - Page ID#: 3330

## VERIFICATION

Comes Kandi Hall and states that she has read the foregoing and certifies that the statements contained therein are true and accurate to the best of her knowledge and belief.

_____
**KANDI HALL**

**STATE OF KENTUCKY**
**COUNTY OF** Pike

Subscribed, sworn, and acknowledged before my by **KANDI HALL** on this the 7th day of March, 2022.

My commission expires: April 13, 2023

_____
**NOTARY PUBLIC, STATE AT LARGE**

Angela Farmer
Notary Public, ID No. 620539
State at Large, Kentucky
My Commission Expires on April 13, 2023