# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# SOUTHERN DIVISION
# PIKEVILLE

**CRIMINAL NO.: 7:20-CR-23-REW**

**UNITED STATES OF AMERICA**                  **PLAINTIFF**

**VS.**

**EUGENE SISCO, III**                  **DEFENDANT**

## PETITION TO ASSERT THIRD PARTY CLAIM TO PROPERTIES SUBJECT TO FORFEITURE

Comes Amber Sisco, by and through counsel, and asserts her rights in certain property subject to forfeiture in criminal number 7:20-CR-23-REW.

The Petitioner was a 50% owner of certain properties held by Mountainside Realty, LLC. The properties are listed as follows:

1)   101 Old House Hollow, Pikeville, KY 41501.  This property was purchased from the parents of Amber Sisco on or about March 8, 2013 for $22,000.00.  The deed is recorded in Deed Book 997, Page 56 of the Pike County Clerk's Office.  Also purchased for this property was a 2013 Norris Doublewide, which was converted to real estate by Affidavit of Conversion, recorded in Miscellaneous Book 56, Page 277, records of the Pike County Clerk's Office.  The purchase for the mobile home was around $90,000.00.  There is a mortgage on the property held by Pinnacle Bank.  Initially, this property was owned by Amber Sisco and Eugene Sisco as individuals, however, it was transferred to Mountainside Realty in July 2016 at the time the Siscos set up estate documents and a Trust.  Amber Sisco is the owner of a one-half (1/2) undivided interest in this property.

2)   111 Caroline Avenue, Pikeville, KY 41501.  This property was purchased from

Appalachian Research and Defense Fund of Kentucky on March 19, 2014 and is recorded in Deed Book 1011, Page 355 of the Pike County Clerk's Office. The original purchase price was $95,000.00. Initially there was a mortgage through Pinnacle Bank, but that was satisfied. This property was purchased prior to the indictment period and was transferred to Mountainside Realty in July 2016 at the time the Siscos set up estate documents and a Trust. Amber Sisco is the owner of a one-half (1/2) undivided interest in this property.

     3)     400 Venters Lane, Pikeville, Kentucky 41501. This property was purchased from Eddie Venters and initially financed by Pinnacle Bank. The loan was personally guaranteed by Eugene Sisco, III and Amber Sisco. At some point the property was refinanced through Community Bank so that Brookside In-patient Treatment Center could be created. This property was also transferred to Mountainside Realty in July 2016. Amber Sisco is the owner of a one-half (1/2) undivided interest in this property.

     4)     286 US Highway 23 North, Prestonsburg, Kentucky 41653. This property was purchased from the U Department of Justice and was initially financed through the Community Trust Bank. It was transferred to Mountainside Realty in January or February 2017. There was a delay in getting the Deed from the attorney. Amber Sisco is the owner of a one-half (1/2) undivided interest in this property.

     5)     61 Bikini Bottom, Pikeville, Kentucky 41501. This property was purchased from Dr. Josh Hall and his wife in March 2016. The purchase price was $575,000.00. Amber Sisco paid a $75,000.00 towards the purchase price from the proceeds of an automobile accident settlement, which she had received. This was initially financed through Pinnacle Bank, but the loan has been sold more than once. The mortgagee is currently SLS Funding. This property was transferred to the Sisco family Trust at the time of

creation on July 8, 2016. Amber Sisco is the owner a one-half (1/2) undivided interest in this property.

Amber Sisco may have a marital interest in other property owned by Eugene Sisco, including, but not limited to, a 1992 Chevrolet Corvette, which was purchased as a birthday gift for her husband, Eugene Sisco, III in October 2016. The purchase price was $10,000.00.

## VERIFICATION

I hereby verify, under the penalty of perjury, that the foregoing Petition is true and correct to the best of my knowledge and belief.

*[signature]*
**AMBER SISCO**

STATE OF KENTUCKY
COUNTY OF PIKE

I hereby certify that the foregoing was SUBSCRIBED and SWORN before me under penalty of perjury, by **Amber Sisco** on this the 21st day of October, 2022.

MY COMMISSION EXPIRES: 9-29-24

NOTARY PUBLIC: *[signature]* #15887

Respectfully submitted,

/s/ *Donald L. Jones*

**DONALD L. JONES**
Law Office of Donald L. Jones
Post Office Box 276
327 Main Street, Suite 201
Paintsville, Kentucky 41240
Telephone: (606) 789-8003
Facsimile: (606) 788-9048
don@djoneslawoffice.com

## CERTIFICATE OF SERVICE

This is to certify that a true and accurate copy of the foregoing was delivered by US Mail, postage prepaid, and/or served electronically to the following on this the 21st day of October, 2022:

**Hon. Haley Trogdlen McCauley**
**Assistant United States Attorney**
260 West Vine Street, Suite 300
Lexington, KY 40507
Haley.McCauley@usdoj.gov


          /s/ *Donald L. Jones*
          **DONALD L. JONES**