# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 22-5202

_____

Filed: January 30, 2023

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

EUGENE SISCO, III

    Defendant - Appellant

## MANDATE

Pursuant to the court's disposition that was filed 01/06/2023 the mandate for this case hereby issues today.

COSTS:  None