

**Passport Health Plan Prior Authorization**
**Buprenorphine-Containing Products**

Note: Form must be completed in full. An incomplete form may be returned.
Information on this form is protected health information and subject to all privacy and security regulations under HIPAA

**RENEWAL REQUEST (PLEASE COMPLETE SECTION BELOW AND CHECK ALL APPLICABLE BOXES):** If the criteria below are met, a **MAXIMUM OF SIX MONTHS** of a buprenorphine-containing product will be authorized. If the criteria are not met, physician review will be necessary to determine whether other factors (e.g. age, co-morbidities, social situation, prior treatment, etc.) would support medical necessity for the initiation or re-initiation of a buprenorphine agent. **Additional information section is provided for necessary explanations.**
**FOR FEMALE MEMBERS ONLY:** Please continue to monitor pregnancy status and provide education on the risk of neonatal abstinence syndrome, throughout the duration of treatment. If member is pregnant or breastfeeding, please consult with another physician (who is certified by the American Board of Addiction Medicine, the American Board of Medical Specialties (ABMS) in psychiatry, or an American Osteopathic Association (AOA) certifying board in addiction medicine or psychiatry or from an obstetrician or maternal-fetal medicine specialist who is also qualified to prescribe buprenorphine) for an opinion as to whether the potential benefit of buprenorphine-mono-product or buprenorphine-combined-with-naloxone use outweighs the potential risk of use.

| # | YES | NO | Description |
|---|---|---|---|
| 1 | ☐ | ☐ | Prescriber attests that member has demonstrated consistent use of the requested medication. If inconsistent use is noted, then a written explanation as to why a buprenorphine agent should be continued despite non-compliance would be needed. |
| 2 | ☐ | ☐ | Prescriber attests that at least eight (8) drug screens will have been performed within each twelve (12) month treatment period. **PRESCRIBER MUST DOCUMENT DATES AND ATTACH RESULTS FROM LAST TWELVE (12) MONTHS.** Dates: _____ |
| 3 | ☐ | ☐ | All drug screens have been **positive** for buprenorphine and/or buprenorphine metabolite (i.e. norbuprenorphine); if any drug screens were **negative** for buprenorphine and/or norbuprenorphine, the prescriber must attach an explanation of results. |
| 4 | ☐ | ☐ | All drug screens have been **negative** for *unauthorized* opiates; if any drug screens were **positive** for *unauthorized* opiates, the prescriber must attach an explanation of results. |
| 5 | ☐ | ☐ | At least two (2) drug screens within each twelve (12) month treatment period were random and coupled with a pill count. **PRESCRIBER MUST DOCUMENT DATES AND ATTACH RESULTS FROM LAST TWELVE (12) MONTHS.** Dates: _____ |
| 6 | ☐ | ☐ | Prescriber has obtained and reviewed monthly KASPER reports and certifies reports showed no unauthorized concurrent opioid fill(s). DOCUMENT DATES & REQUEST NUMBERS FOR ALL KASPER REPORTS SINCE THE LAST AUTH. Date: __/__/__ Request #:_____ Date: __/__/__ Request #:_____ Date: __/__/__ Request #:_____ Date: __/__/__ Request #:_____ Date: __/__/__ Request #:_____ Date: __/__/__ Request #:_____ |
| 7 | ☐ | ☐ | Member has had an opioid relapse with *unauthorized* opioids. **PRESCRIBER MUST DOCUMENT THE APPROXIMATE DATE AND HOW THE RELAPSE WAS MANAGED.** |
| 8 | ☐ | ☐ | Prescriber or other professional is rendering substance use disorder counseling for the member. **NOTE:** A 12-step program ALONE is considered social support and not professional counseling. **PRESCRIBER MUST DOCUMENT THE NAME OF THE LICENSED PROFESSIONAL OR ORGANIZATION AND DATES OF ALL COUNSELING SESSIONS SINCE LAST AUTHORIZATION.** Name and Dates: _____ |
| 9 | ☐ | ☐ | Member has co-occurring psychiatric condition(s) which could interfere with compliance to therapy. Is psychiatric condition stabilized and/or treated? ☐ Yes ☐ No |
| 10 | ☐ | ☐ | The requested dose is > 16mg/day of Suboxone® (or equivalent for other buprenorphine-containing products). **PRESCRIBER MUST PROVIDE AN EXPLANATION TO SUPPORT THE DOSE AND MUST DOCUMENT A PLAN FOR DOSE TAPERING.** |

| RENEWAL ITEM REF # | RATIONALE AND/OR ADDITIONAL INFORMATION, WHICH MAY BE RELEVANT TO THE REVIEW OF THIS PRIOR AUTHORIZATION REQUEST (IF CRITERIA LISTED ABOVE ARE NOT MET, ADDRESS THOSE ISSUES AND EXPLAIN WHY A BUPRENORPHINE-AGENT IS MEDICALLY NECESSARY): |
|---|---|
|  |  |
|  |  |
|  |  |

PRESCRIBER'S SIGNATURE: _____  DATE: _____



5100 COMMERCE CROSSINGS DRIVE
LOUISVILLE, KY 40229
502-585-7900 / 800-578-0603
WWW.PASSPORTHEALTHPLAN.COM

## Statement of Understanding Form – Taking Buprenorphine-Containing Products

I, [insert name] _____, have talked to my provider about taking buprenorphine-containing medicines. I understand and agree to the following:

- I have decided to take this medicine to help treat my addiction to narcotic drugs.
- I know from talking to my provider that there are risks and possible side effects linked to taking this medicine.
- I agree to follow the therapy as ordered by my provider.
- I have had the chance to ask questions about this product, other treatment options, and the risks of treatment. I have enough information to understand my treatment.
- I will tell my provider who is prescribing this medicine about any other provider or dentist appointments. I will tell my provider about any prescription and non-prescription medicines I am taking.
- I have been given a copy of this Statement of Understanding Form.

To help make my treatment a success, I agree to:

- Go to all of my follow-up visits.
- Take any alcohol or drug tests my provider orders. I know from talking with my provider that it is unsafe to mix this medicine with alcohol and other drugs.
- Store my medicine in a safe place. I will not share my medicine with anyone. I know it can be unsafe for others.
- Take this medicine as ordered by my provider. To get the most benefit from the medicine, I will not skip any doses. I have been told how to take this medicine. I will place it under my tongue to dissolve (melt) and be absorbed.
- Get my prescriptions for this medicine only from the provider/provider group listed on this agreement.
- Go to counseling as part of treating my addiction.

**By signing here, I agree to ALL of the bullet points on this form.**

Signature: _____  Date: _____

Prescriber's Signature: _____  Date: _____

**PROV40935 APP_2/12/2015**