

**Passport Health Plan Prior Authorization**
**Buprenorphine-Containing Products**

*Exhibit 3*

**Note:** Form must be completed in full. An incomplete form may be returned.
Information on this form is protected health information and subject to all privacy and security regulations under HIPAA

---

**DOSE LIMITATIONS:** Buprenorphine/Naloxone (Suboxone®) therapy is limited to 16mg/day (or equivalent for other buprenorphine-containing products). Requests for doses greater than 16mg/day (or equivalent) will only be authorized for **FOUR WEEKS** at a time and will require explanation to support dose and must include a plan for dose tapering. This must be completed for every reauthorization for doses greater than 16mg/day. See #9 under **RENEWAL REQUEST**.

**INITIAL REQUEST (PLEASE COMPLETE SECTION BELOW AND CHECK ALL APPLICABLE BOXES. *FOR REAUTHORIZATIONS PLEASE SKIP TO RENEWAL SECTION*):** If the criteria below are met, an initial **MAXIMUM OF THREE MONTHS** of a buprenorphine-containing product will be authorized. If the criteria are not met, physician review will be necessary to determine whether other factors (e.g. age, co-morbidities, social situation, prior treatment, etc) would support medical necessity for the initiation or re-initiation of a buprenorphine agent. **Additional information section is provided for necessary explanations.**

| # | YES | NO | Criteria |
|---|---|---|---|
| 1 | ☐ | ☐ | Prescriber has been issued an "X" DEA license number to prescribe buprenorphine-containing products for the treatment of opioid dependence. <br> "X" DEA license number: _____ |
| 2 | ☐ | ☐ | Prescriber utilized a diagnostic and/or screening tool (e.g. Diagnostic and Statistical Manual of Mental Disorders, DAST and/or COWS Assessment for diagnosis of opioid dependence and/or withdrawal. <br> Specific tool used: _____ |
| 3 | ☐ | ☐ | Prescriber has obtained and reviewed a KASPER report for the patient for the twelve (12) month period immediately preceding the initial patient encounter. **PRESCRIBER MUST DOCUMENT DATE AND REQUEST NUMBER.** <br> Date: ___/___/_____ Request number: _____ |
| 4 | ☐ | ☐ | Prescriber has performed and documented a drug screen. **PRESCRIBER MUST DOCUMENT DATE OF DRUG SCREEN AND RESULTS.** <br> Date: ___/___/_____ <br> Results: _____ |
| 5 | ☐ | ☐ | Member has co-occurring psychiatric condition(s), which could interfere with compliance to therapy. <br> If YES, is psychiatric condition stabilized and/or treated? ☐ Yes ☐ No |
| 6 | ☐ | ☐ | **THIS IS AN INFORMATIONAL REQUEST AND DOES NOT FACTOR INTO PA APPROVAL OR DENIAL:** <br> Member has had an emergency department visit or inpatient hospitalization due to medical/psychiatric complications of opioid use (e.g. infection, acute suicidal ideation, etc.). **PRESCRIBER MUST DOCUMENT DATE(S) AND MEDICAL/PSYCHIATRIC COMPLICATION(S) ADDRESSED.** Depending on the frequency and severity of acute visits, the member may be referred to case management for additional support. |
| 7 | ☐ | ☐ | Prescriber or <u>other professional</u> is rendering substance use disorder counseling for the member. **NOTE:** A 12-step program **ALONE** is considered social support and not professional counseling. **PRESCRIBER MUST DOCUMENT THE NAME OF THE LICENSED PROFESSIONAL OR ORGANIZATION.** <br> Name: _____ |
| 8 | ☐ | ☐ | Risks/benefits of using buprenorphine-containing products have been explained to the member, including the risks of using them with alcohol or benzodiazepines. |
| 9 | ☐ | ☐ | *Statement of Understanding Form* (member consent form) has been reviewed and signed by both the member **AND** prescriber. **ATTACH SIGNED COPY OF CONSENT FORM. NOTE:** If the prescriber has an existing treatment agreement form, this may be submitted instead (must be signed by both the member **AND** prescriber). |
| 10 | ☐ | ☐ | **FEMALE MEMBERS ONLY:** Member has been given a pregnancy test and advised of the risk of neonatal abstinence syndrome. For female patients who are not of reproductive potential, please document the reason (e.g. post menopause, post hysterectomy, etc.). |
| 11 | ☐ | ☐ | **FEMALE MEMBERS ONLY:** Member is pregnant or breastfeeding. <br> Prescriber has consulted with another physician (who is certified by the American Board of Addiction Medicine, the American Board of Medical Specialties (ABMS) in psychiatry, or an American Osteopathic Association (AOA) certifying board in addiction medicine or psychiatry or from an obstetrician or maternal-fetal medicine specialist who is also qualified to prescribe buprenorphine) prior to prescribing a buprenorphine agent. ☐ Yes ☐ No. <br> Certification or specialty of consulted prescriber: _____ |

Please see the next page for RENEWAL REQUEST questions.



## Passport Health Plan Prior Authorization
## Buprenorphine-Containing Products

Note: Form must be completed in full. An incomplete form may be returned.
Information on this form is protected health information and subject to all privacy and security regulations under HIPAA

**Patient's Name**

**Member ID#**

**Address**

**Apt # or Suite #**

**City** **State** **Zip Code**

**Phone Number** **Weight** lbs kgs **Date of Birth (MM/DD/YY)**

**Physician's Name**

**Prescriber's NPI**

**Address**

**Apt # or Suite #**

**City** **State** **Zip Code**

**Contact Person**

**Contact Person Phone Number**

**Contact Person Fax Number**

| DRUG REQUESTED (Name): | DOSAGE FORM: | STRENGTH: | QUANTITY PER DAY (SIG): |
|---|---|---|---|
| DIAGNOSIS: | | DIAGNOSIS CODE: | AUTHORIZATION START DATE REQUESTED: |
| PLEASE INDICATE WHETHER THIS IS AN INITIAL REQUEST (NEW START), RENEWAL REQUEST, OR A RESTART DUE TO RELAPSE: | | | |

**BUPRENORPHINE SINGLE ENTITY PRODUCTS** may only be prescribed to members who are pregnant, breastfeeding, have a documented hypersensitivity to naloxone, or the injectable is being administered in a physician's office or healthcare facility. Physicians may not prescribe buprenorphine single entity products because they are less expensive or because that is the only product covered by the patient's insurance.

### PLEASE CHECK ONE OF THE FOLLOWING:
☐ I have billed Passport Health Plan for this member's medication assisted treatment office visit.
☐ The member paid cash for the medication assisted treatment office visit.

### PLEASE CHECK ONE OF THE FOLLOWING IF APPLICABLE & COMPLETE INITIAL OR RENEWAL AS NOTED:
☐ Member is new to therapy. **INITIAL REQUEST**
☐ Member is new to Passport: Continuity of Care protocol may apply. MRx will verify eligibility. **INITIAL REQUEST**
☐ Member is new to this prescriber; previous therapy was authorized under Passport; prescriber does NOT have access to previous medical records. **INITIAL REQUEST**
☐ Member is new to this prescriber; previous therapy was authorized under Passport; prescriber DOES have access to previous medical records. **RENEWAL REQUEST**

**TREATMENT PLAN:** _____

**ANTICIPATED LENGTH OF THERAPY:** _____