Eugene Sisco, III  #20882-509
FCI Ashland Satellite Prison Camp
P.O. Box 6001
Ashland, KY 41105



Charleston PMDC
TUE 09 APR 2024

⇔20882-509⇔
Federal Clerk
United States Dist. Court
110 MAIN ST
Suite 203
Pikeville, KY 41501
United States



Back of Envelope